UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                                    Chapter 13
                                                                                              Case No. 8-14-71683-reg
**MARIE ANGE MOISE**
                                                                                              **AMENDED CHAPTER 13 PLAN**
                      Debtor(s).
----------------------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee, inclusive of trustee fees, for a total period of **60** months, the sum of:

**$1,700.00** commencing May, 2014 through and including August, 2014 for a period of **4** months & **$3,250.00** commencing September, 2014 through and including April, 2019 for a period of **56** months.

2. From the payments so received, the trustee shall make disbursements as follows:
    (a) Full payment in deferred cash payments of all claims entitled priority under 11 U.S.C. §507; including $2000.00 legal fees.
    (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

BAC Home Loan Servicing  (1st Mortgage loan no. 44417063-3 President Street, Freeport, New York 11520) to be paid prepetition arrears in the amount of $164,276.32 plus 0% interest over the life of the plan.

    (c) Subsequent and/or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim, of not less than 100%.

3. All lease agreements are hereby assumed, unless specifically rejected as follows: NONE

4. Miscellaneous Provisions: NONE

5. During the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), less than one hundred percent (100%), the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s)' property shall revest in the debtor(s) upon completion of the plan, unless otherwise provided in the Order confirming this plan. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $2,500. without written consent of the Chapter 13 Trustee or the Court.

Dated: 8/8 , 2014

_____
MARIE ANGE MOISE, Debtor

Dated: 8/8 , 2014

_____
HEATH S. BERGER/GARY C. FISCHOFF
Attorney for Debtor(s)